IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Scott C. Ellinger,

    Plaintiff,

v.

Case No. 2:08-cv-986

Michael J. Astrue, Commissioner
of Social Security,

JUDGE SARGUS

    Defendant.

## ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on January 6, 2010. The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court ADOPTS the Report and Recommendation. Plaintiff's statement of errors is sustained to the extent that this case is REMANDED to the Commissioner pursuant to 42 U.S.C. §405(g), sentence four, and the Clerk is instructed to enter a judgment to that effect.

Date: 1-26-2010

Edmund A. Sargus, Jr.
United States District Judge