AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**SCOTT C. ELLINGER,**

    **Plaintiff,**

                      **JUDGMENT IN A CIVIL CASE**

**v.**

**MICHAEL J. ASTRUE,**          **CASE NO. C2-08-986**
**COMMISSIONER OF SOCIAL**   **JUDGE EDMUND A. SARGUS, JR.**
**SECURITY,**                          **MAGISTRATE JUDGE TERENCE P. KEMP**

    **Defendant.**

___    **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

    **Pursuant to the ORDER filed January 27, 2010, JUDGMENT is hereby entered REMANDING this case for further proceedings. This case is DISMISSED.**

Date: January 27, 2010                            JAMES BONINI, CLERK

                                                */S/ Andy F. Quisumbing*
                                                (By) Andy F. Quisumbing
                                                 Courtroom Deputy Clerk