IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Scott C. Ellinger,

    Plaintiff,

v.

Case No. 2:08-cv-986

Michael J. Astrue, Commissioner
of Social Security,

JUDGE SARGUS

    Defendant.

### ORDER

This case is before the Court to consider plaintiff's motion for an award of attorneys' fees and costs under the Equal Access to Justice Act, 28 U.S.C. §2412. The Commissioner has not filed a memorandum in opposition. Once an application for fees has been filed, it is the Commissioner's burden to demonstrate that his litigation position was substantially justified. In the absence of any argument on that point, a fee award is appropriate. Therefore, the Court GRANTS the application (#19). Plaintiff is awarded the sum of $3,455.59 as fees and costs, to be paid within thirty days.

Date: 3-26-2010

Edmund A. Sargus, Jr.
United States District Judge